# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

April 14, 2008

Honorable Alvin Hellerstein, USDJ
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Navarro v. Extell Development Company, League School-Kings Highway Group, Inc. and John Does #1-10 Index Number 08cv03401

Dear Judge Hellerstein,

I represent Plaintiff in the above matter and I attach for your review and consideration a Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) submitted on behalf of the Plaintiff. Thank you.

Respectfully yours,

Jeffrey M. Gottlieb, Esq.

Via: ECF

JMG/dlg

Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FRANCISCO NAVARRO,
 Individually, and on Behalf of
All Other Persons Similarly Situated,

              Plaintiff,              Index No.: 08cv03401

     -against-

EXTELL DEVELOPMENT COMPANY, LEAGUE
SCHOOL-KINGS HIGHWAY GROUP, INC.,
JANOMITE CLEANING AND JOHN DOES #1-10

              Defendants.
---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses all claims asserted in the above-captioned action. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: April 14, 2008

                        THE LAW OFFICE OF JEFFREY M. GOTTLIEB

                        By: _____
                            Jeffrey M. Gottlieb, Esq. (JG-7905)
                                    Attorney for Plaintiff
                                         150 East 18th Street
                                               Suite PHR
                                   New York, New York 10003
                                             Tel:(212)228-9795

SO ORDERED:


_____
USDJ HELLERSTEIN