Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANCISCO NAVARRO,
 Individually, and on Behalf of
All Other Persons Similarly Situated,         :

     Plaintiff,    :   Index No.: 08cv03401

  -against-

EXTELL DEVELOPMENT COMPANY, LEAGUE
SCHOOL-KINGS HIGHWAY GROUP, INC.,
JANOMITE CLEANING AND JOHN DOES #1-10

     Defendants. :
------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses all claims asserted in the above-captioned action. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: April 14, 2008

THE LAW OFFICE OF JEFFREY M. GOTTLIEB

By:_____
  Jeffrey M. Gottlieb, Esq. (JG-7905)
    Attorney for Plaintiff
    150 East 18th Street
    Suite PHR
    New York, New York 10003
    Tel:(212)228-9795

SO ORDERED: 5/1/08

USDJ HELLERSTEIN